```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

| | |
|---|---|
| CELESTE GADSON,<br><br>                      Plaintiff,<br><br>-against-<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                      Defendant. | JUDGMENT<br>06-CV-3521 (SLT)<br><br>FILED<br>IN CLERKS OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ OCT 19 2007 ★<br><br>P.M. _____<br>TIME A.M. _____ |

```
-----------------------------------------------------------------X
```

       An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on October 17, 2007, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

       ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York  
       October 18, 2007

                                                         s/ RCH  
                                                         ROBERT C. HEINEMANN  
                                                         Clerk of Court